

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-13-00242-CV

---

IN THE INTEREST OF J.D.H., E.K.H., AND Z.H.H.

---

On Appeal from the 100th District Court
Donley County, Texas
Trial Court No. 6931, Honorable Stuart Messer, Presiding

---

August 7, 2013

## ON MOTION TO DISMISS

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

On August 1, 2013, appellant, Andrea S., filed a motion to dismiss her appeal. No decision of this Court having been delivered to date, we hereby grant the motion without passing on the merits of the case. Accordingly, we dismiss appellant's appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).

If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. Having dismissed the appeal at appellant's request, the Court will not entertain a motion for rehearing filed on behalf of appellant.

Mackey K. Hancock
Justice